FILED
ELECTRONICALLY FILED
1/22/2025 10:21 AM
47-CV-2025-900129.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

2026-Mar-31  PM 02:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

|  |  |  |
|---|---|---|
| GARRICK GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CASE NO.:** |
| | ) | |
| SOUTHERN PRECISION STAFFING, | ) | |
| INC., | ) | |
| and fictitious parties A-Z, | ) | |
| being a person, persons, or | ) | |
| individual, independent proprietor, | ) | |
| and/or corporation, or other entity, | ) | |
| otherwise unknown to plaintiff, | ) | |
| being the entity which was the | ) | |
| employer of the plaintiff and who | ) | |
| or which was responsible for the | ) | |
| workers' compensation benefits of | ) | |
| the plaintiff against whom the cause | ) | |
| set out herein are asserted, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT FOR WORKERS' COMPENSATION

The Plaintiff, Garrick Gardner, claims of the Defendant, Southern Precision Staffing, Inc., Workers' Compensation benefits by virtue of the Workers' Compensation Act of Alabama, as amended, and as grounds therefore would show the Court as follows:

1.    Defendant is engaged in business in Madison County, Alabama and the Plaintiff, Garrick Gardner, is a bona fide resident citizen of Falkville, Morgan County, Alabama and is over the age of nineteen (19) years.

2.    That Defendant, Southern Precision Staffing, Inc., was in or about February 26, 2024, engaged in, among other things, construction work, the relationship of employer and employee, or master and servant, existed between the Plaintiff, Garrick Gardner, and the Defendant, Southern Precision Staffing, Inc., who is subject to the Workers' Compensation Laws of the State of Alabama, then and there in effect. The Plaintiff, while employed by the Defendant Corporation, suffered an injury or injuries and/or occupational diseases, as defined by §25-5-110 (1) Code of Alabama, which arose out of and during the course of the plaintiff's employment by the Defendant Corporation as aforesaid in or about February 26, 2024.

3.    That the Defendant Corporation was in or about February 26, 2024, and subsequently, engaged in, among other things, construction work, the relationship of employer and



employee or master and servant existed between the plaintiff, Garrick Gardner, and the defendant, Southern Precision Staffing, Inc., who is subject to the Workers' Compensation Laws of the State of Alabama, then and there in effect. The Plaintiff, while employed by the Defendant Corporation, suffered an injury or injuries, which arose out of and during the course of the plaintiff's employment by the Defendant Corporation as aforesaid in or about February 26, 2024.

4.    That at the time of the accident, Plaintiff was employed by the Defendant at its place of business in Madison County, Alabama. On said date, while the plaintiff was actually engaged in his work of employment, while plaintiff was at the place in which he was hired to work, he suffered injuries and/or an occupational disease defined heretofore while working, which proximately resulted in injuries and an occupational disease as defined heretofore. Plaintiff, Garrick Gardner, while performing his job as a construction worker, suffered injury after tripping over an electrical cord and falling down 4 (four) stairs on our about February 26, 2024.

5.    Defendant Corporation had actual knowledge of the injury and occupational disease defined heretofore and accidents and/or an occupational disease as defined heretofore of the plaintiff within the meaning of the Alabama Workers' Compensation Act.

6.    Plaintiff avers that he has sustained permanent or partial disability of the body as a whole as a result of said accident and an occupational disease as defined heretofore for which he claims compensation.

7.    Plaintiff avers that he has incurred doctor, medical bills, hospital bills, drug bills, and other bills as a proximate result of said accidents and\or occupational disease as defined heretofore.

8.    Plaintiff further avers that he will require future medical treatment and medical services.

9.    Plaintiff further avers that he was entitled to job benefits at the time of his injuries and\or occupational diseases as defined heretofore, which add to and supplement his hourly wage and should be considered in arriving at the average weekly wage for Worker's Compensation purposes. Plaintiff cites as authority for this position International Paper v. Murray, 490 so. 2d 1238 (Al. 1986).

## COUNT II

10.    Plaintiff incorporate herein all the previously numbered paragraphs as if fully set out herein and below.

11.    This paragraph is asserted against any unknown or fictitious party described in the caption of the complaint or any amended complaint. Plaintiff does not know the name of any fictitious parties liable under the causes of action asserted herein, or under any possible theories of law advanced of their damages. Plaintiff has no way of ascertaining the true identity of said Defendants, but asserts this cause of action against any such fictitious party Defendants responsible

for the workers' compensation benefits of the plaintiff against whom the cause set out herein asserted.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff brings this suit and prays that an award be made to him by this Honorable Court granting him such relief and compensation as he may be entitled to under the Alabama Workers' Compensation Act, and that the employment of J. Zach Higgs, Jr., as his attorney, be ratified and confirmed, and that he be allowed and authorized to employ said attorney in this matter.

Garrick Gardner

SWORN TO AND SUBSCRIBED before me on this the ____ day of January, 2025.

Notary Public
My commission expires: _____

J. Zach Higgs, Jr.
Attorney for Plaintiff
Garrick Gardner

HIGGS & EMERSON
405 Franklin Street
Huntsville, AL 35801
(256) 533-3251 Telephone
(256) 533-3265 Facsimile

Copy served on **DEFENDANT:**
Southern Precision Staffing Inc.
c/o James K Gregory
3917 Butler Springs Way
Hoover, AL 35226

ELECTRONICALLY FILED
1/22/2025 10:21 AM
47-CV-2025-900129.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca:<br>47<br>Date of Filing:<br>01/22/2025   Judge Code: |
|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
### GARRICK A GARDNER v. SOUTHERN PRECISION STAFFING C/O JAMES K GREGORY

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☑ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER

R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☐ YES  ☑ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

HIG006          1/22/2025 10:21:21 AM          /s/ JOHN ZACHARIAH HIGGS JR.
                        Date                          Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☐ YES  ☐ NO  ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**  ☐ YES  ☑ NO