FILED

2026 Apr-01  AM 10:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| GARRICK GARDNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:26-cv-00521-HNJ |
| | ) |
| SOUTHERN PRECISION | ) |
| STAFFING INC, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## ORDER

On March 31, 2026, Plaintiff Garrick Gardner filed a Motion to Remand.  (Doc. 3).  Defendants shall file a response within **14 days** of the entry of this order.  Plaintiff may file a reply **7 days** thereafter.

**DONE** and **ORDERED** this 1st day of April, 2026.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE