FILED

2026 Apr-01  AM 10:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| GARRICK GARDNER,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHERN PRECISION<br>STAFFING INC, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 5:26-cv-00521-HNJ |

## ORDER

The court **SETS** a telephone status conference for **9:30 am** on **Monday, May 4, 2026.**  The court will provide the call-in information to the parties by email.  If all parties submit an executed consent form before the date of the status conference, the court will cancel the status conference.

**DONE** and **ORDERED** this 1ˢᵗ day of April, 2026.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE