FILED
2026 Apr-14  AM 10:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRCIT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **GARRICK GARDNER,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No:  5:26-cv-00521-HNJ** |
| | ) | |
| **SOUTHERN PRECISION STAFFING,** | ) | |
| **INC, BRASFIELD GORRIE, LLC,** | ) | |
| **COMFORT SYSTEMS USA (MID** | ) | |
| **SOUTH), INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO SEVER AND
REMAND WORKERS' COMPENSATION CLAIM**

Come now Defendants, Brasfield & Gorrie, LLC, and Comfort Systems USA (Mid

South), Inc., and in response to the Plaintiff's Motion to Sever and Remand Plaintiff's Workers'

Compensation Claim (document 3), show to the Court as follows:

These Defendants have no opposition to the Court severing the Plaintiff's workers'

compensation claim and remanding it to the Circuit Court of Madison County, Alabama.

/s/ C. Peter Bolvig, Esq.
C. Peter Bolvig, Esq.  (BOL008)
Attorney for Defendants, Brasfield &
Gorrie, LLC and Comfort Systems USA
(Mid South), Inc.

**OF COUNSEL:**
Hall, Booth, Smith, P.C.
2001 Park Place, Suite 870
Birmingham, Alabama
Pbolvig@hallboothsmith.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of April, 2026, a copy of the foregoing was served on all counsel of record in this cause by one or more of the following in accordance with the Federal Rules of Civil Procedure:

J. Zach Higgs, Jr.
HIGGS & EMERSON
405 Franklin Street
Huntsville, AL 35801
T: (256) 533-3251
F: (256) 533-3265
higgs@higgsandemerson.com

[X] AlaFile/CM-ECF electronic filing
[ ] E-mail, delivery receipt requested
[ ] U.S. Mail
[ ] Hand Delivery
[ ] Facsimile

Shawn Junkins Cole
HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.
P.O. Box 116
Montgomery, AL 36101
T: (334) 834-7600
scole@hillhillcarter.com

[X] AlaFile/CM-ECF electronic filing
[ ] E-mail, delivery receipt requested
[ ] U.S. Mail
[ ] Hand Delivery
[ ] Facsimile

Andrew B. Johnson
Thomas R. Anderson
BRADLEY ARANT BOULT CUMMINGS, LLP
1819 Fifth Avenue North
Birmingham, AL 35203
T: (205) 521-8295
ajohnson@bradley.com
tanderson@bradley.com

[X] AlaFile/CM-ECF electronic filing
[ ] E-mail, delivery receipt requested
[ ] U.S. Mail
[ ] Hand Delivery
[ ] Facsimile

*/s/ C. Peter Bolvig*
OF COUNSEL

2