FILED

2026 Apr-16  PM 12:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| GARRICK GARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:26-cv-521-RAH-JTA |
| | ) | |
| SOUTHERN PRECISION | ) | |
| STAFFING, INC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Plaintiff's *Motion To Sever And Remand Plaintiff's Workers' Compensation Claim To The Circuit Court Of Madison County, Alabama* (doc. 3) filed on March 31, 2026. This motion is unopposed. *(See* doc. 20.) The motion has been fully briefed and is ripe for review. After careful consideration, the motion is due to be **GRANTED**.

On approximately February 26, 2024, Plaintiff was injured when he tripped over an electrical cord and fell down the stairs at the new, under-construction, federal courthouse in Huntsville, Alabama. Plaintiff originally filed suit against his employer, Southern Precision Staffing, Inc., for worker's compensation benefits in the Circuit Court of Madison County, Alabama. Plaintiff amended the Complaint on February 23, 2026, and added tort claims against the general contractor, Brasfield & Gorrie, L.L.C. ("B&G"), and subcontractor Comfort Systems USA, Inc. B&G subsequently removed this case to federal court on March 27, 2026. Plaintiff now moves to sever the worker's compensation claim against Southern Precision Staffing, Inc. and remand it back to the Circuit Court of Madison County, Alabama.

Count I of Plaintiff's Amended Complaint asserts a claim under Alabama's worker's compensation law. *See generally* Ala. Code. § 25-5-1. But, as the parties correctly recognize, worker's compensation claims generally are not removable, and federal courts lack jurisdiction to hear them. 28 U.S.C. § 1445(c)

28 U.S.C. § 1441(c) provides that if a civil action includes a claim not within the original or supplemental jurisdiction of the district court or a claim that has been made nonremovable by statute, the entire action may be removed if the action would be removable without the inclusion of the nonremovable claim, and upon removal of such action, the district court shall sever from the action the nonremovable claim and remand the severed claim back to state court.

Accordingly, for good cause, it is **ORDERED** as follows:

(1)    Plaintiff's unopposed *Motion To Sever And Remand Plaintiff's Workers' Compensation Claim To The Circuit Court Of Madison County, Alabama* (doc. 3) is hereby **GRANTED**;

(2)    Count I of the Amended Complaint against Defendant Southern Precision Staffing, Inc. is **SEVERED**;

(3)    Count I of the Amended Complaint is **REMANDED** to the Circuit Court of Madison County, Alabama;

(4)    The Court retains jurisdiction over Counts II-IV of the Amended Complaint against the remaining Defendants; and,

(5)    Southern Precision Staffing, Inc. is **TERMINATED** as a Defendant in this federal action.

**DONE** and **ORDERED** on this the 16th day of April 2026.

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE

2